**DEBRAUNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| | : | |
| **LESTER I. YOUNG,** | : | |
| **Debtor** | : | Bky. No. 25-11781 AMC |

**O R D E R**

**AND**, the court having scheduled a hearing to consider whether this case should be dismissed and the Debtor prohibited from refiling any future bankruptcy cases for a period of 365 days;

**AND**, the Debtor having failed to appear at the hearing;

It is hereby **ORDERED** that:

1. The above bankruptcy case is **DISMISSED** for failure to file the required documents, including the certificate of credit counseling.

2. The Debtor is **PROHIBITED** from filing another bankruptcy case for a period of 365 days.

The bar on refiling expires on **June 12 2026.**

**Date: June 12, 2025**

_____
**ASHELY M. CHAN**
**CHIEF U.S. BANKRUPTCY JUDGE**